2:23-cv-00028-BSM

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FEB 08 2023
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

This case assigned to District Judge **Miller**
and to Magistrate Judge **Kearney**

My name is Elijah Jartavius Singleton Jr., I was arrested by West Memphis Police Department October 8th 2022 for my girlfriends death. I turned myself in basically the same day, and when I did the detectives refused to test me for gun powder residue and also my fingerprints. That was the main reason I turned myself in, to prove my innocence but instead they accused me of First Degree Murder. They don't have evidence on me other than he say she say so I would like to start an lawsuit against the Police Department along with the detectives plus the Mayor of West memphis. I'm being falsly inprisioned and my character is being assassinated. I've been in jail one-hundred and ten days and my court date is way in April. I'm 22 years old a hard working father of 2 young children ages 3 and 2. This is also my first time doing jail time so I really need help. I cannot let the police destroy my life like this. The detective even threatned to take me off the street the best way he could, and he also told me gun powder only stay on people 6 hours which is a big story

Elijah Jartavius Singleton SR
350 Afco Road
West memphis, AR 72301

MEMPHIS TN 380
30 JAN 2023 PM 3 L

Richard Sheppard Arnold U.S. Court House
600 W. Capitol Ave Suite-A 149
Little Rock, AR 72201

72201-339919